MARY LOU BARKER V. W. H. McDONALD, COMMISSIONER OF THE GENERAL LAND OFFICE OF THE STATE OF TEXAS, ET AL.

Motion No. 13043.   Decided July 14, 1937.
(107 S. W., 2d Series, 355.)

*T. L. Wynne,* of Dallas, and *Wynne & Wynne,* of Wills Point, for relator.

*William McCraw,* Attorney General, and *H. Grady Chandler,* Assistant Attorney General, for respondent.

*Greenwood, Moody & Robertson,* of Austin, filed brief for W. D. Chew, and as amici curiae.

PER CURIAM:

Relator's motion for leave to file petition for mandamus herein is denied, because it appears that the Commissioner of the General Land Office had previously issued a patent to the land described in said petition, and that the issuance of such patent is an effective bar to the issuance of a mandamus by this Court to compel the Land Commissioner to award or to lease

to some other person the land covered by the patent. Caples v. Walker, Land Commissioner, et al., 122 Texas 285, 58 S. W. (2d) 17; see also Caples v. Cole, 129 Texas 370, 102 S. W. (2d) 173, 104 S. W. (2d) 3.

Opinion delivered July 14, 1937.